1  MICHAEL J. PIETRYKOWSKI (SBN: 118677)
   mpietrykowski@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   1111 Broadway, Suite 1700
3  Oakland, CA 94607
   Telephone: (510) 463-8600
4  Facsimile: (510) 984-1721

5  SONIA S. WAISMAN (SBN: 153010)
   swaisman@mwwdlaw.com
6  MCCLOSKEY, WARING, WAISMAN & DRURY LLP
   1960 East Grand Avenue, Suite 580
7  El Segundo, CA 90245
   Telephone: (310) 524-0400
8  Facsimile: (310) 524-0404

9  Attorneys for
   Defendant ESTATE OF IRETA JUNE SNYDER,
10 DECEASED, and Defendant ESTATE OF
   ELIZABEHT L. HUGHES, DECEASED,
11 by and through their insurer,
   Hartford Underwriters Ins. Co., pursuant
12 to Cal. Probate Code §§ 550, *et seq*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIOCH STREET, LP, a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF LEE AND NATALIE HIRSHBERG, DECEASED; ESTATE OF EVA DOWNEY, DECEASED; ESTATE OF ELIZABETH L. HUGHES; DECEASED; ESTATE OF IRETA JUNE SNYDER, DECEASED; and DOES 1-200, inclusive<br><br>Defendants. | CASE NO. 4:18-cv-03306-DMR<br><br>[PROPOSED] ORDER GRANTING THE HUGHES/SNYDER ESTATES' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND FOR AN ORDER BARRING CONTRIBUTION<br><br>Date: January 23, 2020<br>Time: 1:00 p.m.<br><br>**Honorable Donna M. Ryu** |

**[PROPOSED] ORDER**

Having considered the Motion for Determination of Good Faith Settlement and for an Order Barring Contribution brought by Defendants Estate of Ireta June Snyder, Deceased, and Estate of Elizabeth L. Hughes, Deceased, by and through their insurer, Hartford Underwriters Insurance Company, pursuant to California Probate §§ 550 through 555, with respect to the settlement agreement entered into by them with Plaintiff (the "Settlement"), and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Court finds that the Settlement was made in good faith, and defined by California Code of Civil Procedure ("CCP") §§ 877 and 877.6;

2. The Court approves the Settlement as a good faith settlement;

3. Pursuant to 42 U.S.C. § 9613(f)(1) and CCP § 877.6, all claims against Defendants Estate of Ireta June Snyder, Deceased, and Estate of Elizabeth L. Hughes, Deceased, for the total equitable indemnity, equitable comparative contribution, equitable partial indemnity based on comparative negligence or comparative fault arising out of the facts alleged in this matter are barred;

4. The Court orders that the Settlement constitutes a judicially approved settlement for purposes of 42 U.S.C. § 9613(f).

**IT IS SO ORDERED.**

DATED: Feb. 26, 2020



Hon. Donna M. Ryu
U.S. Magistrate Judge