THOMAS F. VANDENBURG (SBN: 163446)
tvandenburg@wshblaw.com
STRATTON P. CONSTANTINIDES (SBN: 305103)
sconstantinides@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024-3804
Telephone: (310) 481-7600
Facsimile: (310) 481-7650

Attorneys for Defendants
ESTATE OF LEE AND NATALIE HIRSHBERG, DECEASED,
(pursuant to Cal Probate Code §§ 550, *et. Seq.*) AND ESTATE OF EVA DOWNEY, DECEASED (pursuant to Cal Probate Code §§ 550, *et. Seq.*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIOCH STREET, LP, a California Limited Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> ESTATE OF LEE AND NATALIE HIRSHBERG, DECEASED; ESTATE OF EVA DOWNEY, DECEASED; ESTATE OF ELIZABETH L. HUGHES; DECEASED; ESTATE OF IRETA JUNE SNYDER, DECEASED; and DOES 1-200, inclusive <br><br> Defendants. | CASE NO. 4:18-cv-03306-DMR <br><br> [~~PROPOSED~~] ORDER GRANTING THE HIRSHBERG/DOWNEY ESTATES' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND FOR AN ORDER BARRING CONTRIBUTION <br><br> Date: January 23, 2020 <br> Time: 1:00 p.m. <br><br> Honorable Donna M. Ryu |

# [PROPOSED] ORDER

Having considered the Motion for Determination of Good Faith Settlement and for an Order Barring Contribution brought by Defendants Estate of Lee and Natalie Hirshberg, Deceased, and Estate of Eva Downey, Deceased, by and through their insurers, pursuant to California Probate Code §§ 550 through 555, with respect to the settlement agreement entered into by them with Plaintiff (the "Settlement"), and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Court finds that the Settlement was made in good faith, and defined by California Code of Civil Procedure ("CCP") §§ 877 and 877.6;

2. The Court approves the Settlement as a good faith settlement;

3. Pursuant to 42 U.S.C. § 9613(f)(1) and CCP § 877.6, all claims against Defendants Estate of Lee and Natalie Hirshberg, Deceased, and Estate of Eva Downey, Deceased, for the total equitable indemnity, equitable comparative contribution, equitable partial indemnity based on comparative negligence or comparative fault arising out of the facts alleged in this matter are barred;

4. The Court orders that the Settlement constitutes a judicially approved settlement for purposes of 42 U.S.C. § 9613(f).

**IT IS SO ORDERED.**

DATED: Feb. 26, 2020 _____

Hon. Donna M. Ryu
U.S. Magistrate Judge



-2- 4:18-cv-03306-DMR

[PROPOSED] ORDER GRANTING THE HIRSHBERG/DOWNEY ESTATES' MOTION FOR GOOD FAITH SETTLEMENT AND FOR AN ORDER BARRING CONTRIBUTION